UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13-CR-0074(1) (PJS/FLN) |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL ANDREW SCHLEGEL, | |
| Defendant. | |

Trial in this case is currently scheduled to begin January 13, 2014.  Defendant Michael Andrew Schlegel has moved for a continuance, requesting that his trial be postponed for at least one month in order to give him time to review documents and summaries that he alleges were recently turned over to him by the government.  The Court orders that the government file a response to Schlegel's motion [ECF No. 75] no later than 4:00 p.m. on Thursday, January 2, 2014.

SO ORDERED.

Dated: January 2, 2014         s/Patrick J. Schiltz
                               Patrick J. Schiltz
                               United States District Judge