# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CRIMINAL MINUTES - PRETRIAL CONFERENCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Patrick J. Schiltz |
| | U.S. District Judge |
| v. | |
| Michael Andrew Schlegel, | Case No: 13-CR-0074(1) (PJS/FLN) |
| | Date: January 7, 2014 |
| Defendant. | Court Reporter: Debra Beauvais |
| | Courthouse: Minneapolis |
| | Courtroom: 14E |
| | Time Commenced: 9:05 a.m. |
| | Time Concluded: 11:15 a.m. |
| | Sealed Hearing Time: |
| | Time in Court: 2 Hours & 10 Minutes |

**APPEARANCES:**

Plaintiff:   Tracy Perzel, John Kokkinen, Assistant U.S. Attorney
Defendant:   Daniel Gerdts, Daniel Brees for Michael Andrew Schlegel   ☐ FPD  ☒ CJA  ☐ Retained  ☐ Appointed

Interpreter / Language:  /

**MINUTES:**

Final pretrial conference held.

s/C. Glover
Signature of Courtroom Deputy