# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,
          Plaintiff,

v.

Michael Andrew Schlegel,

          Defendant.

**COURT MINUTES**
BEFORE: Patrick J. Schiltz
U.S. District Judge

| | |
|---|---|
| Case No: | 13-CR-0074(1) (PJS/FLN) |
| Date: | March 3, 2014 |
| Court Reporter: | Debra Beauvais |
| Courthouse: | Minneapolis |
| Courtroom: | 14E |
| Time Commenced: | 9:05 a.m. |
| Time Concluded: | 10:20 a.m. |
| Sealed Hearing Time: | |
| Time in Court: | 1 Hour & 15 Minutes |

APPEARANCES:

Plaintiff: Tracy Perzel, John Kokkinen, Assistant U.S. Attorney, Tim Nichols, IRS
Defendant: Daniel Gerdts, Daniel Brees for Michael Andrew Schlegel   ☐ FPD ☒ CJA ☐ Retained
Michael Schlegel

**Evidentiary hearing held on Defendant's Motion to Dismiss [Docket No. 88]**

Motions taken under advisement as of:

☒ ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED    ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel   ☐ Bond continued   ☐ Remanded into custody of USM

                                                s/B. Sauer
                                     Signature of Judicial Assistant