UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13-CR-0074(1) (PJS/FLN) |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL ANDREW SCHLEGEL, | |
| Defendant. | |

John E. Kokkinen and Tracy L. Perzel, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

Daniel L. Gerdts and Daniel Patrick Brees, for defendant.

This matter is before the Court on defendant Michael Andrew Schlegel's motion to dismiss the indictment. For the reasons stated on the record at the March 3, 2014 hearing, that motion [ECF No. 88] is DENIED.

Dated: March  3 , 2014              s/Patrick J. Schiltz
                                    Patrick J. Schiltz
                                    United States District Judge